975 A.2d 1083

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John LYNCH, Petitioner.**

**Nos. 69 EM 2009, 70 EM 2009, 71 EM 2009.**

Supreme Court of Pennsylvania.

July 15, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of July, 2009, the "Verified Application for Permission to File Petition for Allowance of Appeal *Nunc Pro Tunc*" is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.

975 A.2d 1083

**Alexander BROWN, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, First Judicial District Courts (Municipal), and their Agents, Respondents.**

**No. 62 EM 2009.**

Supreme Court of Pennsylvania.

July 15, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**